IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VICKY S. EDMONDSON                                                                     PLAINTIFF

      v.                              Civil No. 08-3016

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of August 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE